446 F.2d 879
 J. B. KEYS, Plaintiff-Appellant,
v.
Clark CLIFFORD, Secretary of Defense, Defendant-Appellee.
 No. 71-1582 Summary Calendar.*
 United States Court of Appeals, Fifth Circuit.
 September 1, 1971.
 
 Appeal from the United States District Court for the Southern District of Texas; John V. Singleton, Jr., Judge.
 J. B. Keys, pro se.
 Anthony J. P. Farris, U. S. Atty., James R. Gough, Asst. U. S. Atty., Houston, Tex., for defendant-appellee.
 Before BELL, AINSWORTH, and GODBOLD, Circuit Judges.
 PER CURIAM:
 
 Affirmed. See Local Rule 21.[1]
 
 
 Notes:
 
 
 *
 Rule 18, 5 Cir.; See Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York et al., 5 Cir., 1970, 431 F.2d 409
 
 
 [1]
 See NLRB v. Amalgamated Clothing Workers of America, 5 Cir., 1970, 430 F.2d 966